B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>NORTHERN DISTRICT OF TEXAS<br>DALLAS DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hussain, Amir Ghulam** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Hussain, Naseem Amir** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-7338** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-3536** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2208 Lady Cornwall Drive**<br>**Lewisville, TX**<br>ZIP CODE **75056** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2208 Lady Cornwall Drive**<br>**Lewisville, TX**<br>ZIP CODE **75056** |
| County of Residence or of the Principal Place of Business:<br>**Denton** | County of Residence or of the Principal Place of Business:<br>**Denton** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Check one box:     Chapter 11 Debtors

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

| **Voluntary Petition** | Name of Debtor(s): **Amir Ghulam Hussain** |
|---|---|
| *(This page must be completed and filed in every case.)* | **Naseem Amir Hussain** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor    (If more than one, attach additional sheet.)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | |
| | **X**_____ |
| | _____ Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☑   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): Amir Ghulam Hussain |
|---|---|
| *(This page must be completed and filed in every case)* | Naseem Amir Hussain |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Amir Hus_
**Amir Ghulam Hussain**

X _Naseem Amir_
**Naseem Amir Hussain**

_____
**Telephone Number (If not represented by attorney)**

_12-16-14_
**Date**

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney***

X _[signature]_

**Howard Marc Spector**          Bar No. 00785023

**Spector & Johnson, PLLC**
**12770 Coit Road**
**Suite 1100**
**Dallas, TX 75251**

Phone No. **(214) 365-5377**     Fax No. **(214) 237-3380**

_12-16-14_
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Address
X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re:    **Amir Ghulam Hussain**                                    Case No. _____
          **Naseem Amir Hussain**                                                    (if known)

          Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re:   **Amir Ghulam Hussain**                                              Case No. _____
         **Naseem Amir Hussain**                                                            (if known)

                  Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____
                          Amir Ghulam Hussain

Date: 12-16-14

Certificate Number: 12459-TXE-CC-024632035



12459-TXE-CC-024632035

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 1, 2014</u>, at <u>10:40</u> o'clock <u>PM PST</u>, <u>Amir Hussain</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Texas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>December 1, 2014</u>          By: <u>/s/Lior Goodman</u>

Name: <u>Lior Goodman</u>

Title: <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re:  **Amir Ghulam Hussain**                                                    Case No. _____
        **Naseem Amir Hussain**                                                                              (if known)

                Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re:   **Amir Ghulam Hussain**                                         Case No. _____
         **Naseem Amir Hussain**                                                              (if known)

                    Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:      *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐   Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐   Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐   Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _Naseem Amir_____
                      Naseem Amir Hussain

Date: _12-16-14___

Certificate Number: 12459-TXE-CC-024632036



12459-TXE-CC-024632036

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 1, 2014</u>, at <u>10:40</u> o'clock <u>PM PST</u>, <u>Naseem Hussain</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Texas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>December 1, 2014</u>            By:     <u>/s/Lior Goodman</u>

                                        Name:  <u>Lior Goodman</u>

                                        Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B6A (Official Form 6A) (12/07)

In re  **Amir Ghulam Hussain**                                    Case No. _____
       **Naseem Amir Hussain**                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 2208 Lady Cornwall Dr., Lewisville, TX 75056 [property appraiser 2014 market value] | Fee simple | C | $562,753.00 | $358,000.00 |
| | | Total: | **$562,753.00** | |

(Report also on Summary of Schedules)

In re **Amir Ghulam Hussain**                              Case No. _____
     **Naseem Amir Hussain**                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash in wallet | C | $150.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of Texas, Checking Acct #8997 | C | $507.00 |
| | | Chase Bank, Checking Acct #9363 | C | $449.69 |
| | | Chase Bank, Savings Acct #5539 | C | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | TV(3) $150, Entertainment Ctr $50; Stereo $50, DVD(3) $20; Speakers $25; Sofas(3) $300; Recliner $30; Coffee Tables (2) $40; End Tables (2) $10; Lamps(3) $15; Computer $25; Dinner Table(2) $200; Dining Chairs(13) $150; Stove/Oven(2) $100; Dishwasher $50; Microwave $20; Refrigerator(2) $150; Dresser(3) $150; Nightstand(4) $40; Mirror(5) $75; Dishes $50; Beds(5) $500; Pots/Pans $100; Small kitchen appliances $50; Miscellaneous household items $500 [approximate value] | C | $2,850.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Art(2) $50 [approximate value] | C | $50.00 |
| 6. Wearing apparel. | | Personal used clothing, shoes and accessories [approximate value] | C | $200.00 |
| 7. Furs and jewelry. | | Wedding ring $50; Watches(2) $50; Costume Jewelry $750 [approximate value] | C | $850.00 |

In re  **Amir Ghulam Hussain**                                    Case No. _____
        **Naseem Amir Hussain**                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | The Hartford Universal Life Insurance Policy #0760 - policy owner is joint debtor [approximate cash surrender value] | C | $33,022.99 |
| | | Prudential, Whole Life Insurance Policy #0471, policy owner is Debtor [approximate cash surrender value] | C | $42,216.65 |
| | | Pacific Life Universal Life Insurance Policy #0960 (titled in Debtor's name) | C | $112,298.27 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | American Funds IRA Acct #1710 (titled to Joint Debtor) $78,000 and American Funds IRA Acct #1709 (titled to Debtor) $65,000 [approximate value] | C | $143,000.00 |
| | | Allstate IRA Annuity #1090 (titled in Debtor's name) | C | $10,835.68 |
| | | Allstate IRA Annuity #2218 (titled in Joint Debtor's name) | C | $10,161.03 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | NAZ, Inc.  100% interest titled to Joint Debtor | C | $0.00 |
| | | Odyssey, Inc. - 100% ownership titled to Joint Debtor | C | $0.00 |

B6B (Official Form 6B) (12/07) - Cont.

In re **Amir Ghulam Hussain**        Case No. _____
      **Naseem Amir Hussain**                                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Odyssey Perfumes, Inc. - 100% interest titled to Joint Debtor | C | $0.00 |
| | | SCH-Trident GP, LLC | C | $0.00 |
| | | SCH-Trident, Ltd, 33% ownership interest titled to Debtor | C | $0.00 |
| | | SCH Investments, 33.33% ownership interest titled to Debtor | C | $0.00 |
| | | Harwin International Plaza Owners Association - tax forfeiture 2/8/2013 [dba for SCH Investments LLC] | C | $0.00 |
| | | Indopol Houston, LLC | C | $0.00 |
| | | TIP Owners Association - tax forfeiture 2/10/2012 | C | $0.00 |
| | | Yankem, Inc. dba The Depot - tax forfeiture 2/21/14 | C | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

In re  **Amir Ghulam Hussain**                                    Case No.  _____
       **Naseem Amir Hussain**                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Lexus LS460, titled to Joint Debtor | C | $21,275.00 |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Amir Ghulam Hussain**                                    Case No. _____
        **Naseem Amir Hussain**                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops – growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____4_____ continuation sheets attached        Total >        $377,866.31

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re **Amir Ghulam Hussain**        Case No. _____
      **Naseem Amir Hussain**                                 (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2208 Lady Cornwall Dr., Lewisville, TX 75056 [property appraiser 2014 market value] | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $204,753.00 100% of FMV | $562,753.00 |
| TV(3) $150, Entertainment Ctr $50; Stereo $50, DVD(3) $20; Speakers $25; Sofas(3) $300; Recliner $30; Coffee Tables (2) $40; End Tables (2) $10; Lamps(3) $15; Computer $25; Dinner Table(2) $200; Dining Chairs(13) $150; Stove/Oven(2) $100; Dishwasher $50; Microwave $20; Refrigerator(2) $150; Dresser (3) $150; Nightstand(4) $40; Mirror(5) $75; Dishes $50; Beds(5) $500; Pots/Pans $100; Small kitchen appliances $50; Miscellaneous household items $500 [approximate value] | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $2,850.00 100% of FMV | $2,850.00 |
| Art(2) $50 [approximate value] | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 100% of FMV | $50.00 |
| Personal used clothing, shoes and accessories [approximate value] | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $200.00 100% of FMV | $200.00 |
| Wedding ring $50; Watches(2) $50; Costume Jewelry $750 [approximate value] | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $850.00 100% of FMV | $850.00 |
| The Hartford Universal Life Insurance Policy # 0760 - policy owner is joint debtor [approximate cash surrender value] | Tex. Ins. Code §§ 1108.001, 1108.051 | $33,022.99 100% of FMV | $33,022.99 |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | **$241,725.99** | **$599,725.99** |

B6C (Official Form 6C) (4/13) -- Cont.

In re **Amir Ghulam Hussain**            Case No. _____
    **Naseem Amir Hussain**                                               (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Prudential, Whole Life Insurance Policy #0471, policy owner is Debtor [approximate cash surrender value] | Tex. Ins. Code §§ 1108.001, 1108.051 | $42,216.65 100% of FMV | $42,216.65 |
| Pacific Life Universal Life Insurance Policy # 0960 (titled in Debtor's name) | Tex. Ins. Code §§ 1108.001, 1108.051 | $112,298.27 100% of FMV | $112,298.27 |
| American Funds IRA Acct #1710 (titled to Joint Debtor) $78,000 and American Funds IRA Acct #1709 (titled to Debtor) $65,000 [approximate value] | Tex. Prop. Code § 42.0021 | $143,000.00 100% of FMV | $143,000.00 |
| Allstate IRA Annuity #1090 (titled in Debtor's name) | Tex. Prop. Code § 42.0021 | $10,835.68 100% of FMV | $10,835.68 |
| Allstate IRA Annuity #2218 (titled in Joint Debtor's name) | Tex. Prop. Code § 42.0021 | $10,161.03 100% of FMV | $10,161.03 |
| 2008 Lexus LS460, titled to Joint Debtor | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $21,275.00 100% of FMV | $21,275.00 |
| | | $581,512.62 | $939,512.62 |

B6D (Official Form 6D) (12/07)

In re **Amir Ghulam Hussain**      Case No. _____
    **Naseem Amir Hussain**                               (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Castle Hills HOA**<br>**2520 King Arthur Blvd.**<br>**Lewisville, TX 75056** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**HOA**<br>COLLATERAL:<br>**2208 Lady Cornwall Dr., Lewisville, TX 75056**<br>REMARKS:<br><br>VALUE:           **$562,753.00** | | | | **$0.00** | |
| ACCT #: **273126DEN**<br><br>**Denton Co FWSD 1D**<br>**c/o Denton County Tax Office**<br>**P.O. Box 90223**<br>**Denton, TX 76202** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**2208 Lady Cornwall Dr., Lewisville, TX 75056**<br>REMARKS:<br><br>VALUE:           **$562,753.00** | | | | **$0.00** | |
| ACCT #: **273126**<br><br>**Denton County**<br>**Michelle French, Tax A/C**<br>**PO Box 90223**<br>**Denton, TX 76202** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**2208 Lady Cornwall Dr., Lewisville, TX 75056**<br>REMARKS:<br><br>VALUE:           **$562,753.00** | | | | **$0.00** | |
| ACCT #: **895277168**<br><br>**Green Tree**<br>**P O Box 6172**<br>**Rapid City, SD 57709** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**2208 Lady Cornwall**<br>REMARKS:<br><br>VALUE:           **$562,753.00** | | | | **$358,000.00** | |

Subtotal (Total of this Page) >     **$358,000.00**     **$0.00**

Total (Use only on last page) >

___1___ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) Cont.

In re  **Amir Ghulam Hussain**                                Case No. _____
       **Naseem Amir Hussain**                                            (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **273126DEN** <br><br> **Lewisville ISD** <br> **c/o Denton County Tax Office** <br> **P.O. Box 90223** <br> **Denton, TX 76202** |  | C | DATE INCURRED: <br> NATURE OF LIEN: <br> **Taxes** <br> COLLATERAL: <br> **2208 Lady Cornwall Dr., Lewisville, TX 75056** <br> REMARKS: <br><br><br> VALUE:                       **$562,753.00** |  |  |  | $0.00 |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

Sheet no. ___1___ of ___1___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >   |  $0.00  |  $0.00
Total (Use only on last page) >   |  $358,000.00  |  $0.00

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re  **Amir Ghulam Hussain**                                    Case No. _____
       **Naseem Amir Hussain**                                                         (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐  **Administrative allowances under 11 U.S.C. Sec. 330**
   Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Amir Ghulam Hussain**  Case No. _____
      **Naseem Amir Hussain**                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**7636 Harwin, LLC**<br>c/o Tim Hagan<br>1980 Post Oak Blvd, Ste, 1380<br>Houston, TX 77056 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment** | | | | $10,857,000.00 |
| ACCT #:<br>**7636 Harwin, LLC**<br>Vickie L Driver<br>Coffin & Driver, PLLC<br>7557 Rambler Road, Suite 200<br>Dallas, TX 75231 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Legal Fees SCH Investment** | | | | $0.00 |
| ACCT #:<br>**7636 Harwin, LLC**<br>c/o Tim Hagan, 1980 Post Oak Blvd.<br>Suite 1380<br>Houston, TX 77056 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Legal Fees - SCH Investment** | | | | $1,500,000.00 |
| ACCT #:<br>**A & Skipol, Inc**<br>Slawomir Skibicki<br>c/o Tanya Garrison<br>11 Greenway Plaza, Suite 1400<br>Houston, TX 77046 | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $1,580,000.00 |
| ACCT #:<br>**Afan Enterprises**<br>Victor C. Serafino, Esq.<br>1601 Elm St. Ste 4100<br>Dallas, TX 75201 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Lawsuit** | | | | Unknown |
| ACCT #:<br>**All State**<br>PO Box 690265<br>Houston, TX 77269 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment** | | | | $2,423.00 |
| | | | Subtotal > | | | | $13,939,423.00 |

_____11_____ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Amir Ghulam Hussain
        Naseem Amir Hussain

Case No. _____
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  3732-380794-24003<br>**American Express**<br>P O Box 650448<br>Dallas, TX 75265 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | $1,500.00 |
| ACCT #:<br>**American First National Bank**<br>2630 Royal Lane<br>Dallas, TX 75229 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Personal Guarantee** | | | | Unknown |
| ACCT #:<br>**Amresco Independence Funding Inc**<br>700 N. Pearl, Ste 2400, LB 359<br>Dallas, TX 75201 | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Signature Guarantee** | | | | $0.00 |
| ACCT #:<br>**AZA Investments**<br>1409 Dimmit Drive<br>Carrollton, TX 75010 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment/Trident** | | | | $900,000.00 |
| ACCT #:<br>**Choudhury, Sharif**<br>12222 Merit Drive<br>Suite 1870<br>Dallas, tx 75251 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment/Trident** | | | | $46,000.00 |
| ACCT #:  5466-1602-9353-8185<br>**Citi Advantage Gold Card**<br>1500 Boltonfield Street<br>Columbus, OH 43228 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | $2,000.00 |

Sheet no. ____1____ of ____11____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $949,500.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amir Ghulam Hussain**　　　　　　　　　　　　Case No. _____
　　　　**Naseem Amir Hussain**　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Colorado Electric Supply, Ltd**<br>PO Box 203548<br>Austin, TX 78720 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment** | | | | $4,665.00 |
| ACCT #:<br>**Comerica Bank**<br>43 Comerica Bank<br>Commercial lending services<br>PO Box 671737<br>Dallas, TX 75267 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Signature guarantee** | | | | $441,000.00 |
| ACCT #: 46603113<br>**Consolidated Fire System**<br>PO Box 497227<br>Garland, TX 75049 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment** | | | | $29,200.00 |
| ACCT #:<br>**CPR Services & Supply**<br>P O Box 1148<br>Riverside, TX 77367 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment** | | | | $42,651.00 |
| ACCT #:<br>**Dallas County (Tax Assessor)**<br>c/o Linebarger Goggan Blair and Sampson<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Trident** | | | | $233,874.84 |
| ACCT #:<br>**Enterprise America**<br>12222 Merrit Drive, Suite 1870<br>Dallas, TX 75251 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Trident** | | | | $50,000.00 |

Sheet no. ___2___ of ___11___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >　$801,390.84

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amir Ghulam Hussain**                                   Case No. _____
       **Naseem Amir Hussain**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **First National Bank** <br> 2045 Forest Lane, Suite 150 <br> Garland, TX 75042 | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: <br> **Note and Lien: SCH-Trident, Ltd.** | | | | $12,424,837.09 |
| ACCT #: <br> **First National Bank** <br> 100 West Cano/P.O. Box 810 <br> Edinburg, TX 78540-0810 | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | Unknown |
| ACCT #: <br> **Fowler, Larry** <br> Shannon, Gracey, Ratliff & Miller <br> 1000 Ballpark Way, Suite 300 <br> Arlington, TX 76011 | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Unknown** <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **Frances Smith, Esq.** <br> **Shackelford Law** <br> 3333 Lee Parkway, Tenth Floor <br> Dallas, TX 75219 | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: <br> **Legal fees** | | | | $0.00 |
| ACCT #: <br> **Gulf Coast Concrete & Shell Inc** <br> 4713 Ramson <br> Richmond, TX 77469 | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: <br> **SCH Investment** | | | | $68,955.25 |
| ACCT #: <br> **Gulf Coast Concrete & Shell Inc** <br> 4713 Ransom Road <br> Richmond, TX 77469 | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: <br> **concrete for houston location** | | | | $68,956.00 |

Sheet no. ____3____ of ____11____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $12,562,748.34

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Amir Ghulam Hussain**                                    Case No. _____
        **Naseem Amir Hussain**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Hagen, Tim**<br>**1980 Post Oak Blvd., Suite 1380**<br>**Houston, TX 77056** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Legal fees** | | | | $0.00 |
| ACCT #:<br>**Harris County (Tax Assessor)**<br>**c/o Linebarger Goggan Blair and Sampson**<br>**PO Box 3064**<br>**Houston, TX 77253** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment** | | | | $180,235.30 |
| ACCT #: **1330230010001**<br>**Harris County - Mike Sullivan Tax Assess**<br>**7900 Will Clayton PKWY**<br>**Humble, TX 77338** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment** | | | | $0.00 |
| ACCT #:<br>**Houston Barricade and Supply**<br>**P.O.Box 504**<br>**Porter, TX 77365** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment** | | | | $6,495.00 |
| ACCT #:<br>**Hussain Zamanian CPA**<br>**12900 Preston Rd., Suite 804**<br>**Dallas, TX 75230** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Accouting Fees**<br>REMARKS:<br>**SCH Trident** | | | | $1,100.00 |
| ACCT #:<br>**J Sport**<br>**11528 Harry Hines, Suite 114**<br>**Dallas, TX 75229** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Tenant complaint regarding repairs at SCH Trident** | | | | $950.00 |

Sheet no. ___4___ of ___11___ continuation sheets attached to                          Subtotal >        | $188,780.30 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Amir Ghulam Hussain**                                    Case No. _____
        **Naseem Amir Hussain**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>Lee, George<br>Japage Realty<br>5353 W Alabama St, #610<br>Houston, TX 77056 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment/Trident** | | | | $0.00 |
| ACCT #:<br>Liepins, Eric<br>12770 Coit Road<br>Dallas, TX 75251 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment/Trident** | | | | $0.00 |
| ACCT #:<br>Lindauer, Joyce<br>8140 Walnut Hill Ln., Suite 301<br>Dallas, TX 75231 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Legal fees** | | | | $0.00 |
| ACCT #:<br>Metro Bank<br>2527 Royal Lane<br>Dallas, TX 75229 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment/Trident** | | | | $1,704,600.00 |
| ACCT #:<br>Mohammed, Habib<br>2019 Kenneth Hopper<br>Mesquite, TX 75149 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment/Trident** | | | | $1,000,000.00 |
| ACCT #:<br>NAZ, Inc.<br>11528 Harry Hines Blvd. Ste 204<br>Dallas, TX 75229 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Loan**<br>REMARKS: | | | | $11,676.00 |

Sheet no. ___5___ of ___11___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $2,716,276.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Amir Ghulam Hussain**      Case No. _____
    **Naseem Amir Hussain**                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Noorallah, Jooma** <br> **806 King Ban** <br> **Lewisville, TX 75056** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: <br> **SCH Investment/Trident** | | | | $0.00 |
| ACCT #: <br> **Picasso** <br> **11528 Harry Hines Blvd** <br> **Suite 101-103** <br> **Dallas, TX 75229** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: <br> **SCH Investment/Trident** | | | | $0.00 |
| ACCT #: 430000033 <br> **Plain Capital Bank c/o Edward M. Fishman** <br> **Fishman Jackson** <br> **13155 Noel Rd, Ste 700, LB 13** <br> **Dallas, TX 75240** | X | C | DATE INCURRED: <br> CONSIDERATION: <br> **Signature Guarantee** <br> REMARKS: <br> **Mortgage on 11528 Harry Hines Blvd. Dallas TX - foreclosed October 2014** | | | | $13,500,000.00 |
| ACCT #: <br> **Prasla, Faheem** <br> **Prasla Law Firm, PLLC** <br> **6200 Savoy Drive, Suite 625** <br> **Houston, TX 77036** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: <br> **Legal fees** | | | | $0.00 |
| ACCT #: <br> **Pridavka, Gary M.** <br> **900 Jackson St., Suite 770** <br> **Dallas, TX 75202** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: <br> **SCH Investment** | | | | $14,067.46 |
| ACCT #: <br> **Rajinder, Singh** <br> **1117 Muscogee Trail** <br> **Corinth, TX 75010** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: <br> **SCH Investment/Trident** | | | | $1,400,000.00 |

Sheet no. ____6____ of ____11____ continuation sheets attached to             Subtotal >    **$14,914,067.46**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Amir Ghulam Hussain**
　　　**Naseem Amir Hussain**

Case No. _____
　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>Rajiv, Chhabra<br>11528 Harry Hines Blvd.,Suite A103<br>Dallas, TX 75229 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment/Trident** | | | | $320,500.00 |
| ACCT #:<br>Rajiv, Chhabra<br>11528 Harry Hines Blvd., Suite A103<br>Dallas, TX 75229 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment/Trident** | | | | $622,000.00 |
| ACCT #:<br>RBC Royal Bengal Corporation<br>2019 Kenneth Hopper<br>Mesquite, TX 75149 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment/Trident** | | | | $1,000,000.00 |
| ACCT #:<br>Ready Mix Concrete<br>3506 Cherry Street<br>Houston, TX 77026 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment** | | | | $14,456.48 |
| ACCT #:<br>Reshma, Damanwala<br>c/o H. Brandon Jones<br>Shannon, Gracey, Ratliff, and Miller, LL<br>420 Commerce Street, Suite 500<br>Ft. Worth, TX 76102 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment/Trident** | | | | $1,360,000.00 |
| ACCT #:<br>SCH Investments LLC<br>c/o Tim Hagan<br>1980 Post Oak Blvd., Ste. 1380<br>Houston, TX 77056 | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $1,500,000.00 |

Sheet no. ___7___ of ___11___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >　　$4,816,956.48

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Amir Ghulam Hussain**             Case No. _____

       **Naseem Amir Hussain**                                                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**SCH Trident Ltd.**<br>**11528 Harry Hines Blvd**<br>**Dallas, TX 75229** | X | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**investment group** | | | | $0.00 |
| ACCT #:<br>**Sheils, Craig - Sheils Winnubst, PC**<br>**1701 North Collins Blvd., Suite 1100**<br>**Richardson, TX 75080** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Legal fees** | | | | $0.00 |
| ACCT #:<br>**Slawomir J. Skibicki and A & Skipol, Inc**<br>**Weycer, Kaplan, Pulaski & Zuber, P.C.**<br>**3030 Matlock Rd., Suite 201**<br>**Arlington, TX 76015** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment/Trident** | | | | $1,846,475.00 |
| ACCT #:<br>**Southwest Texas Dist.**<br>**11160-A Westpark Dr.**<br>**Houston, TX 77042** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment** | | | | $31,689.00 |
| ACCT #:<br>**Star Concrete Pumping**<br>**P.O.Box 4283, Dept 79**<br>**Houston, TX 77210** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment** | | | | $3,282.00 |
| ACCT #:<br>**Stromberg, Mark**<br>**8750 N. Central Expressway, Ste 625**<br>**Dallas, TX 75231** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment/Trident** | | | | $0.00 |

Sheet no. ___8___ of ___11___ continuation sheets attached to            Subtotal > | $1,881,446.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Amir Ghulam Hussain**
    **Naseem Amir Hussain**

Case No. _____
                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Sunbelt Rentals**<br>P.O.BOX 409211<br>Atlanta, GA 30384 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment** | | | | $21,494.00 |
| ACCT #:<br>**Sunshine Imports**<br>11528 Harry Hines Blvd., Suite 301<br>Dallas, TX 75229 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment/Trident** | | | | $0.00 |
| ACCT #:<br>**Sunstate Equipment**<br>P.O.BOX 52581<br>Phoenix, AZ 85072 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment** | | | | $31,955.00 |
| ACCT #:<br>**Sunstate Equipment Co., LLC**<br>Marc L Ellison<br>2211 Norfolk Ste. 510<br>Houston, TX 77098 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**goods sold/services rendered for houston location** | | | | $31,955.78 |
| ACCT #:<br>**Target Builders, LLC**<br>PO Box 11367<br>Carrollton, TX 75011 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Trident** | | | | $1,600,000.00 |
| ACCT #:<br>**Target Builders, LLC**<br>c/o T. Craig Sheils<br>1701 N. Collins Blvd. Suite 1100<br>Richardson, TX 75080 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment/Trident** | | | | $2,763,000.00 |

Sheet no. _____9_____ of _____11_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $4,448,404.78

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Amir Ghulam Hussain**                     Case No. _____
            **Naseem Amir Hussain**                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Tim Ferguson Attorney**<br>2560 Royal Lane, Suite 217<br>Dallas, TX 75229 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Legal Fees** | | | | $3,000.00 |
| ACCT #: 2830<br>**United Central Bank**<br>**Cliff A Wade**<br>3333 Lee Parkway, 8th floor<br>Dallas, TX 75219 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**money loaned - SCH Investment/Triden** | | | | $185,000.00 |
| ACCT #: 2011333513<br>**US Department of the Treasury**<br>P O Box 1686<br>Birmingham, AL 35201 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SBA loan for gas station** | | | | $0.00 |
| ACCT #: 2011333513<br>**Wall, John**<br>5728 Prospect Ave.<br>Dallas, TX 75206 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment/Trident** | | | | $0.00 |
| ACCT #:<br>**West Star**<br>11528 Harry Hines Blvd., Suite 219<br>Dallas, TX 75229 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Deposit Refund SCH Trident** | | | | $1,260.00 |
| ACCT #:<br>**WM Trucking**<br>6909 J.W.Peavy<br>Houston, TX 77011 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment** | | | | $6,070.00 |

Sheet no. ___10___ of ___11___ continuation sheets attached to                         Subtotal >      $195,330.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                             Total > 
                                      (Use only on last page of the completed Schedule F.)
                                      (Report also on Summary of Schedules and, if applicable, on the
                                      Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amir Ghulam Hussain**               Case No. _____
    **Naseem Amir Hussain**                         (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**ZAANA, Inc.**<br>**2021 Lambor Lane**<br>**Lewisville, TX 75056** | | C | DATE INCURRED: **2014**<br>CONSIDERATION:<br>**Personal Loan**<br>REMARKS: | | | | $11,676.00 |
| ACCT #:<br>**Zameer, Lokhandwalla**<br>**c/o H. Brandon Jones**<br>**Shannon, Gracey, Ratliff, and Miller, LL**<br>**420 Commerce Street, Suite 500**<br>**Ft. Worth, TX 76102** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**SCH Investment/Trident** | | | | $0.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___11___ of ___11___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $11,676.00 |
| Total > | $57,425,999.20 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Amir Ghulam Hussain**        Case No. _____
     **Naseem Amir Hussain**                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Amir** | **Ghulam** | **Hussain** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Naseem** | **Amir** | **Hussain** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number | | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

## Schedule I: Your Income                                      12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| Employment status | ☐ Employed<br>☑ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | | **Bookkeeper** |
| Employer's name | | **NAZ Inc. and Odyssey Watches** |
| Employer's address | | **11528 Harry Hines Blvd., Ste 204** |
| | Number  Street | Number  Street |
| | | |
| | City          State  Zip Code | **Dallas**          **TX**  **75229**<br>City          State  Zip Code |
| How long employed there? | | **28 yrs** |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $0.00 | $4,000.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $0.00 | $4,000.00 |

Debtor 1  Amir          Ghulam        Hussain                        Case number (if known)
          First Name    Middle Name   Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here .................................................... ➔ 4. | $0.00 | $4,000.00 |
| 5. | List all payroll deductions: | | |
| | 5a. Tax, Medicare, and Social Security deductions    5a. | $0.00 | $1,104.00 |
| | 5b. Mandatory contributions for retirement plans    5b. | $0.00 | $0.00 |
| | 5c. Voluntary contributions for retirement plans    5c. | $0.00 | $0.00 |
| | 5d. Required repayments of retirement fund loans    5d. | $0.00 | $0.00 |
| | 5e. Insurance    5e. | $0.00 | $0.00 |
| | 5f. Domestic support obligations    5f. | $0.00 | $0.00 |
| | 5g. Union dues    5g. | $0.00 | $0.00 |
| | 5h. Other deductions.<br>Specify: _____    5h.+ | $0.00 | $0.00 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6. | $0.00 | $1,104.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4.    7. | $0.00 | $2,896.00 |
| 8. | List all other income regularly received: | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm    8a. | $0.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| | 8b. Interest and dividends    8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive    8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| | 8d. Unemployment compensation    8d. | $0.00 | $0.00 |
| | 8e. Social Security    8e. | $1,276.00 | $0.00 |
| | 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____    8f. | $0.00 | $0.00 |
| | 8g. Pension or retirement income    8g. | $0.00 | $0.00 |
| | 8h. Other monthly income.<br>Specify: _____    8h.+ | $0.00 | $0.00 |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9. | $1,276.00 | $0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9.    10. | $1,276.00  +  $2,896.00  =  $4,172.00 | |
| | Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | |

11. State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11.  +  $0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.    12.  $4,172.00

Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
☒ No.    None.
☐ Yes. Explain:

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Amir** | **Ghulam** | **Hussain** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Naseem** | **Amir** | **Hussain** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

## Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
   　　☑ No
   　　☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ☑ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No    ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

| | | |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$2,385.00** |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | **$1,100.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$100.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$50.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$60.00** |

Debtor 1    Amir        Ghulam        Hussain        Case number (if known)

First Name      Middle Name      Last Name

|  |  | **Your expenses** |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. _____ $350.00 |
| | 6b. Water, sewer, garbage collection | 6b. _____ $100.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. _____ $110.00 |
| | 6d. Other. Specify: _____ | 6d. _____ |
| 7. | **Food and housekeeping supplies** | 7. _____ $400.00 |
| 8. | **Childcare and children's education costs** | 8. _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. _____ $10.00 |
| 10. | **Personal care products and services** | 10. _____ |
| 11. | **Medical and dental expenses** | 11. _____ $100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. _____ $250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. _____ |
| 14. | **Charitable contributions and religious donations** | 14. _____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. _____ $1,800.00 |
| | 15b. Health insurance | 15b. _____ |
| | 15c. Vehicle insurance | 15c. _____ |
| | 15d. Other insurance. Specify: _____ | 15d. _____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. _____ |
| | 17b. Car payments for Vehicle 2 | 17b. _____ |
| | 17c. Other. Specify: _____ | 17c. _____ |
| | 17d. Other. Specify: _____ | 17d. _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| | 20a. Mortgages on other property | 20a. _____ |
| | 20b. Real estate taxes | 20b. _____ |
| | 20c. Property, homeowner's, or renter's insurance | 20c. _____ |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. _____ |
| | 20e. Homeowner's association or condominium dues | 20e. _____ |

Debtor 1  __Amir__ _____Ghulam_____ _____Hussain_____  Case number (if known) _____
          First Name    Middle Name        Last Name

21. **Other.** Specify: _____  21.  + _____

22. **Your monthly expenses.**  Add lines 4 through 21.
    The result is your monthly expenses.                            22.  |        **$6,815.00** |

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (your combined monthly income) from Schedule I.    23a.  _____$4,172.00_

    23b.  Copy your monthly expenses from line 22 above.                  23b.  – ____$6,815.00_

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your monthly net income.                         23c.  |    **($2,643.00)** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
    payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes. | Explain here:
           | **None.**

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re  **Amir Ghulam Hussain**                                  Case No.
        **Naseem Amir Hussain**

                                                                Chapter        **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $562,753.00 | | |
| B - Personal Property | No | 5 | $377,866.31 | | |
| C - Property Claimed as Exempt | No | 2 | | | |
| D - Creditors Holding Secured Claims | No | 2 | | $358,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | $57,425,999.20 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 2 | | | $4,172.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 3 | | | $6,815.00 |
| | TOTAL | 31 | $940,619.31 | $57,783,999.20 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re  **Amir Ghulam Hussain**                                    Case No.
         **Naseem Amir Hussain**

                                                                 Chapter      **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 5) | | |

In re **Amir Ghulam Hussain**
   **Naseem Amir Hussain**

Case No. _____
                                         (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 31
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __12-16-14__          Signature _____
                                      **Amir Ghulam Hussain**

Date __12-16-14__          Signature _____
                                      **Naseem Amir Hussain**
                           [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:  **Amir Ghulam Hussain**
**Naseem Amir Hussain**

CASE NO

CHAPTER  **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>Castle Hills HOA<br>2520 King Arthur Blvd.<br>Lewisville, TX 75056 | **Describe Property Securing Debt:**<br>2208 Lady Cornwall Dr., Lewisville, TX 75056 |

Property will be (check one):
☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☑ Claimed as exempt    ☐ Not claimed as exempt

| Property No.   2 | |
|---|---|
| **Creditor's Name:**<br>Denton Co FWSD 1D<br>c/o Denton County Tax Office<br>P.O. Box 90223<br>Denton, TX 76202<br>273126DEN | **Describe Property Securing Debt:**<br>2208 Lady Cornwall Dr., Lewisville, TX 75056 |

Property will be (check one):
☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☑ Claimed as exempt    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE: **Amir Ghulam Hussain**
**Naseem Amir Hussain**

CASE NO

CHAPTER **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Denton County<br>Michelle French, Tax A/C<br>PO Box 90223<br>Denton, TX 76202<br>273126 | **Describe Property Securing Debt:**<br>2208 Lady Cornwall Dr., Lewisville, TX 75056 |

Property will be (check one):
- ☐ Surrendered      ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☑ Claimed as exempt      ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Green Tree<br>P O Box 6172<br>Rapid City, SD 57709<br>895277168 | **Describe Property Securing Debt:**<br>2208 Lady Cornwall |

Property will be (check one):
- ☐ Surrendered      ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☑ Claimed as exempt      ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:  **Amir Ghulam Hussain**
         **Naseem Amir Hussain**

CASE NO

CHAPTER  **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 2*

| Property No.   5 | |
|---|---|
| **Creditor's Name:**<br>Lewisville ISD<br>c/o Denton County Tax Office<br>P.O. Box 90223<br>Denton, TX 76202<br>273126DEN | **Describe Property Securing Debt:**<br>2208 Lady Cornwall Dr., Lewisville, TX 75056 |

Property will be (check one):
☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☑ Claimed as exempt    ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐        NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  12-16-14

Signature _____
*Amir Ghulam Hussain*

Date  12-16-14

Signature _____
*Naseem Amir Hussain*

B 201B (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re  **Amir Ghulam Hussain**
       **Naseem Amir Hussain**

Case No. _____

Chapter _____7_____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Amir Ghulam Hussain**
**Naseem Amir Hussain**
Printed Name(s) of Debtor(s)

Case No. (if known) _____

x _____  12-16-14
Signature of Debtor          Date

x _____  12-16-14
Signature of Joint Debtor (if any)   Date

### Certificate of Compliance with § 342(b) of the Bankruptcy Code

I, _____**Howard Marc Spector**_____, counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

_____

Howard Marc Spector, Attorney for Debtor(s)
Bar No.: 00785023
Spector & Johnson, PLLC
12770 Coit Road
Suite 1100
Dallas, TX 75251
Phone: (214) 365-5377
Fax: (214) 237-3380

---

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) ONLY if the certification has NOT been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

## UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a JOINT CASE (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days BEFORE the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:    Liquidation  ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   Amir Ghulam Hussain                                            CASE NO
         Naseem Amir Hussain

                                                                        CHAPTER   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$3,000.00** |
| Prior to the filing of this statement I have received: | **$3,000.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12-16-14
_____          _____
Date

                                 Howard Marc Spector          Bar No.  00785023
                                 Spector & Johnson, PLLC
                                 12770 Coit Road
                                 Suite 1100
                                 Dallas, TX 75251
                                 Phone: (214) 365-5377 / Fax: (214) 237-3380

---

_____          _____
Amir Ghulam Hussain               Naseem Amir Hussain

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Amir Ghulam Hussain**
**Naseem Amir Hussain**

CASE NO

CHAPTER  **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___12-16-14___

Signature _____
**Amir Ghulam Hussain**

Date ___12-16-14___

Signature _____
**Naseem Amir Hussain**

```
7636 Harwin, LLC
c/o Tim Hagan
1980 Post Oak Blvd, Ste, 1380
Houston, TX 77056


7636 Harwin, LLC
Vickie L Driver
Coffin & Driver, PLLC
7557 Rambler Road, Suite 200
Dallas, TX 75231

7636 Harwin, LLC
c/o Tim Hagan, 1980 Post Oak Blvd.
Suite 1380
Houston, TX 77056


A & Skipol, Inc
Slawomir Skibicki
c/o Tanya Garrison
11 Greenway Plaza, Suite 1400
Houston, TX 77046

Afan Enterprises
Victor C. Serafino, Esq.
1601 Elm St. Ste 4100
Dallas, TX 75201


All State
PO Box 690265
Houston, TX 77269


American Express
P O Box 650448
Dallas, TX 75265


American First National Bank
2630 Royal Lane
Dallas, TX 75229


Amresco Independence Funding Inc
700 N. Pearl, Ste 2400, LB 359
Dallas, TX 75201
```

AZA Investments
1409 Dimmit Drive
Carrollton, TX 75010


Castle Hills HOA
2520 King Arthur Blvd.
Lewisville, TX 75056


Choudhury, Sharif
12222 Merit Drive
Suite 1870
Dallas, tx 75251


Citi Advantage Gold Card
1500 Boltonfield Street
Columbus, OH 43228


Colorado Electric Supply, Ltd
PO Box 203548
Austin, TX 78720


Comerica Bank
43 Comerica Bank
Commercial lending services
PO Box 671737
Dallas, TX 75267

Consolidated Fire System
PO Box 497227
Garland, TX 75049


CPR Services & Supply
P O Box 1148
Riverside, TX 77367


Dallas County (Tax Assessor)
c/o Linebarger Goggan Blair and Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Denton Co FWSD 1D
c/o Denton County Tax Office
P.O. Box 90223
Denton, TX 76202


Denton County
Michelle French, Tax A/C
PO Box 90223
Denton, TX 76202


Enterprise America
12222 Merrit Drive, Suite 1870
Dallas, TX 75251


First National Bank
2045 Forest Lane, Suite 150
Garland, TX 75042


First National Bank
100 West Cano/P.O. Box 810
Edinburg, TX 78540-0810


Fowler, Larry
Shannon, Gracey, Ratliff & Miller
1000 Ballpark Way, Suite 300
Arlington, TX 76011


Frances Smith,  Esq.
Shackelford Law
3333 Lee Parkway, Tenth Floor
Dallas, TX 75219


Green Tree
P O Box 6172
Rapid City, SD 57709


Gulf Coast Concrete & Shell Inc
4713 Ramson
Richmond, TX 77469

Gulf Coast Concrete & Shell Inc
4713 Ransom Road
Richmond, TX 77469


Hagen, Tim
1980 Post Oak Blvd., Suite 1380
Houston, TX 77056


Harris County (Tax Assessor)
c/o Linebarger Goggan Blair and Sampson
PO Box 3064
Houston, TX 77253


Harris County - Mike Sullivan Tax Assess
7900 Will Clayton PKWY
Humble, TX 77338


Houston Barricade and Supply
P.O.Box 504
Porter, TX 77365


Hussain Zamanian CPA
12900 Preston Rd., Suite 804
Dallas, TX 75230


IRS
P.O. Box 7346
Philadelphia, PA 19114


J Sport
11528 Harry Hines, Suite 114
Dallas, TX 75229


Lee, George
Japage Realty
5353 W Alabama St, #610
Houston, TX 77056

Lewisville ISD
c/o Denton County Tax Office
P.O. Box 90223
Denton, TX 76202


Liepins, Eric
12770 Coit Road
Dallas, TX 75251


Lindauer, Joyce
8140 Walnut Hill Ln., Suite 301
Dallas, TX 75231


Metro Bank
2527 Royal Lane
Dallas, TX 75229


Mohammed, Habib
2019 Kenneth Hopper
Mesquite, TX 75149


NAZ, Inc.
11528 Harry Hines Blvd. Ste 204
Dallas, TX 75229


Noorallah, Jooma
806 King Ban
Lewisville, TX 75056


Picasso
11528 Harry Hines Blvd
Suite 101-103
Dallas, TX 75229


Plain Capital Bank c/o Edward M. Fishman
Fishman Jackson
13155 Noel Rd, Ste 700, LB 13
Dallas, TX 75240

Prasla, Faheem
Prasla Law Firm, PLLC
6200 Savoy Drive, Suite 625
Houston, TX 77036


Pridavka, Gary M.
900 Jackson St., Suite 770
Dallas, TX 75202


Rajinder, Singh
1117 Muscogee Trail
Corinth, TX 75010


Rajiv, Chhabra
11528 Harry Hines Blvd.,Suite  A103
Dallas, TX 75229


Rajiv, Chhabra
11528 Harry Hines Blvd., Suite A103
Dallas, TX 75229


Rajiv, Chhabra
11528 Harry Hines Blvd., A103
Dallas, TX 75229


RBC Royal Bengal Corporation
2019 Kenneth Hopper
Mesquite, TX 75149


Ready Mix Concrete
3506 Cherry Street
Houston, TX 77026


Reshma, Damanwala
c/o H. Brandon Jones
Shannon, Gracey, Ratliff, and Miller, LL
420 Commerce Street, Suite 500
Ft. Worth, TX 76102

SCH Investments LLC
c/o Tim Hagan
1980 Post Oak Blvd., Ste. 1380
Houston, TX 77056


SCH Trident Ltd.
11528 Harry Hines Blvd
Dallas, TX 75229


Sheils, Craig - Sheils Winnubst, PC
1701 North Collins Blvd., Suite 1100
Richardson, TX 75080


Slawomir J. Skibicki and A & Skipol, Inc
Weycer, Kaplan, Pulaski & Zuber, P.C.
3030 Matlock Rd., Suite 201
Arlington, TX 76015


Southwest Texas Dist.
11160-A Westpark Dr.
Houston, TX 77042


Star Concrete Pumping
P.O.Box 4283, Dept 79
Houston, TX 77210


Stromberg, Mark
8750 N. Central Expressway, Ste 625
Dallas, TX 75231


Sunbelt Rentals
P.O.BOX 409211
Atlanta, GA 30384


Sunshine Imports
11528 Harry Hines Blvd., Suite 301
Dallas, TX 75229

Sunstate Equipment
P.O.BOX 52581
Phoenix, AZ 85072


Sunstate Equipment Co., LLC
Marc L Ellison
2211 Norfolk Ste. 510
Houston, TX 77098


Target Builders, LLC
PO Box 11367
Carrollton, TX 75011


Target Builders, LLC
c/o T. Craig Sheils
1701 N. Collins Blvd. Suite 1100
Richardson, TX 75080


Tim Ferguson Attorney
2560 Royal Lane, Suite 217
Dallas, TX 75229


United Central Bank
Cliff A Wade
3333 Lee Parkway, 8th floor
Dallas, TX 75219


United States Trustee
1100 Commerce Street
Room 976
Dallas, Texas 75242


US Department of the Treasury
P O Box 1686
Birmingham, AL 35201


Virani, Abdul Karim and Yasmin
1716 Mystic Hollow Dr.
Lewisville, TX 75067

Wall, John
5728 Prospect Ave.
Dallas, TX 75206


West Star
11528 Harry Hines Blvd., Suite 219
Dallas, TX 75229


WM Trucking
6909 J.W.Peavy
Houston, TX 77011


Yakham, Inc dba The Depot
11528 Harry Hines Blvd., Ste. 205
Dallas, TX 75229


ZAANA, Inc.
2021 Lambor Lane
Lewisville, TX 75056


Zameer, Lokhandwalla
c/o H. Brandon Jones
Shannon, Gracey, Ratliff, and Miller, LL
420 Commerce Street, Suite 500
Ft. Worth, TX 76102